**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CORD BLOOD AMERICA, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONAQUINT, INC., a Utah corporation; ST. GEORGE INVESTMENTS, LLC, a Illinois limited liability company,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br><br>TONAQUINT, INC., a Utah corporation; ST. GEORGE INVESTMENTS, LLC, a Illinois limited liability company,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>CORD BLOOD AMERICA, INC., a Florida corporation,<br><br>　　　　Counterclaim Defendant. | ORDER OF DISMISSAL WITH PREJUDICE<br><br><br>Case No. 2:13-cv-00806-RJS<br><br>Judge Robert J. Shelby |

　　　　This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice ("Stipulated Motion") filed by plaintiff/counterclaim defendant Cord Blood America, Inc. and defendants/counterclaim plaintiffs Tonaquint, Inc. and St. George Investment, LLC.  The Court, having considered the Stipulated Motion, being duly advised in the premises and, good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

　　　　The above-captioned litigation (including all claims, counterclaims, and all related defenses) is hereby dismissed with prejudice in its entirety.  Each party shall bear its and/or their own costs and attorneys' fees.

IT IS SO ORDERED

DATED this the 22nd day of December, 2014.

                                        BY THE COURT

                                        The Honorable Robert J. Shelby
                                        United States District Court Judge